UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV08-05394-AHS(MLGx) | Date | March 16, 2011 |
|---|---|---|---|
| Title | De'Andra L. Jenkins, et al -v- Sunglass Hut International, Inc., et al | | |

| Present: The Honorable | ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Loretta Anderson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RETURNABLE APRIL 11, 2011**

     Plaintiff is hereby ordered to show cause in writing no later than April 11, 2011, why this case should not be dismissed as to remaining named defendant Sunglass Hut International, Inc., pursuant to F.R.Civ.P. Rule 41, for lack of prosecution. The Court's Order granting Stipulation to Vacate All Case Management Dated Pending Preliminary Approval of Settlement was filed January 20, 2011. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

     The Clerk shall serve this minute order on all counsel/parties in this action.

:

Initials of Clerk   lma